FREDERICK SILVER.
21905 MOUNTAIN HWY E
UNIT 4143 SPANAWAY, WA 98387-7583
E-Mail: frederick.silver.litigation@protonmail.com
Tel: (702) 473-0365

FILED ____ LODGED
____ RECEIVED
JUN 05 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON.

AT TACOMA.

\*\*\*

FREDERICK O. SILVER.
   Plaintiff,
vs.

TRANSWORLD SYSTEMS INC., FRED EBRAHEMI, JOSEPH E. LAUGHLIN, MICHAEL M. PATRIARCA, JOEL PETERSEN
   Defendant's.

CASE NO. 2:25-cv-01024-KKE

**Honorable Kymberly K. Evanson,
Presiding Judge.**

## RESPONSE TO ORDER TO SHOW CAUSE OF MICHELLE L. PETERSON UNITED STATES MAGISTRATE JUDGE (DKT #4).

 Frederick O. Silver Plaintiff, respectfully submits this response to the Court's Order of MICHELLE L. PETERSON United States Magistrate Judge, dated June 2, 2025 (Dkt. 4), directing Plaintiff to show cause why his in forma pauperis (IFP) application should not be denied.

1. Plaintiff acknowledges that his original IFP application lacked specific detail regarding how he supports himself and his dependent. Plaintiff respectfully clarifies the following:

2. Plaintiff has not had formal employment or income in the past twelve months.

3. He has received occasional, irregular financial assistance from friends and community members to help cover essential needs such as rent, food, and utilities.

4. His current housing arrangement involves renting a room from a friend at a reduced rate, and some expenses (such as food and transportation) are shared or subsidized.

5. Despite reporting $1,860 in estimated monthly expenses, Plaintiff's actual out-of-pocket spending fluctuates and is often lower, as he prioritizes only essential needs.

6. The $680 figure for child support reflects an obligation asserted against Plaintiff, not an actual payment he is making. Plaintiff disputes the validity of that alleged debt in this action.

In addition, Plaintiff is currently involved in ongoing litigation in this **District—Silver v. Rubio et al., Case No. 3:25-cv-05112**—challenging the government's denial of his U.S. passport based on an alleged child support debt that Plaintiff maintains is invalid and unsupported by any court order or evidence. The passport denial has interfered with Plaintiff's ability to verify his citizenship for employment purposes, which further limits his ability to obtain income or improve his financial situation. This litigation is active and currently pending before Judge Jamal N. Whitehead.

Attached to this response is prove of Plaintiff credit report which reflets in support of the application

Plaintiff is diligently seeking to improve his financial situation, including pursuing his **GED** to improve job prospects.

Plaintiff seeks to enter a job skill training program, at no Cost to him.

Until then, Plaintiff respectfully asks the Court to allow him to proceed in forma pauperis, as he is unable to pay the filing fees without sacrificing basic necessities.

Respectfully submitted,

**Dated: this 3rd Day of June 2025.**

FREDERICK SILVER.
21905 MOUNTAIN HWY E
UNIT 4143. SPANAWAY, WA 98387-7583
E-Mail: frederick.silver.litigation@protonmail.com
Tel: (702) 473-0365

**experian.**

---

**TRANSWORLD SYS INC/926** $132

Original creditor: STATE OF NEVADA-MOTOR VEHICLES

### Account info

| | | | |
|---|---|---|---|
| Account name | TRANSWORLD SYS INC/926 | Balance | $132 |
| Account number | 264553XX | Balance updated | May 20, 2025 |
| Original creditor | STATE OF NEVADA-MOTOR VEHICLES | Original balance | $132 |
| Company sold | - | Monthly payment | - |
| Account type | Collection | Past due amount | $132 |
| Date opened | Mar 26, 2025 | Terms | 1 Month |
| Status | Collection account. $132 past due as of May 2025. | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Mar 2025 | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | - | - | - | - | C | - | - | - | - | - | - | - |

C Collection        - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | 500 VIRGINIA DR FT WASHINGTON, PA 19034 |
| Phone number | (877) 865-7686 |

### Comments

-

# Credit Report



TransUnion
My VantageScore® 3.0

**622**
FAIR

## Credit Profile Summary

| | TransUnion |
|---|---|
| Credit Report Date | 06/02/2025 |
| Credit Score | 622 |
| Balances | $87,247 |
| Payments | $0 |
| Credit Accounts | 11 |
| Open Accounts | 3 |
| Closed Accounts | 8 |
| Delinquent | 1 |
| Inquiries (2 years) | 0 |
| Derogatory | 4 |
| Public Records | 0 |

## Personal Information

TransUnion

| | |
|---|---|
| Name | FREDERICK OMOYUMA SILVER |
| Also Known As | |
| Date of Birth | 05/13/1975 |
| Current Address | SAN ANTONIO TX 78227 |
| Previous Address | |
| Employer | SELFEMPLOYED1099 EMPLOYEE |
| Previous Employer | |
| Consumer Statement | |

Accounts

# Revolving

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ˅ CAPITAL ONE | $10,178 | 03/23/2020 | $0 | 0 |

## Account Details

TransUnion

| | |
|---|---|
| Account Number | 51780593**** |
| Condition | Derogatory |
| Responsibility | Individual |
| Current Balance | $10,178 |
| Original Balance | $10,042 |
| Limit | $8,500 |
| Monthly Payment | $0 |
| Last Payment | 09/14/2019 |
| Status | Collection / Charge-Off |
| Loan Term | 0 |
| Loan Type | Credit Card |
| Opened | 07/18/2012 |

## Collections

| Account Name | Balance | Balance Date | Monthly Payment | Term |
| --- | --- | --- | --- | --- |

| | | |
|---|---|---|
| NATLCRSYS | $25,273 | 05/25/2025 |

## Account Details

TransUnion

| | |
|---|---|
| Account Number | 54971** |
| Condition | Derogatory |
| Responsibility | Individual |
| Current Balance | $25,273 |
| Original Balance | $25,273 |
| Limit | |
| Monthly Payment | |
| Last Payment | |
| Status | Collection / Charge-Off |
| Loan Term | |
| Loan Type | |
| Opened | 06/07/2024 |
| Reported | 05/25/2025 |
| Remarks | Account information disputed by consumer, meets FCRA requirements |
| Creditor Information | NATIONAL CREDIT SYSTEMS 1775 THE EXCHANGE SOUTHEAST SUITE 300 ATLANTA,GA 30339 Phone#: 4046292728 |

## Payment Status

TransUnion

**Payment Status**

**Past Due Amount**

**Late Payments**     30 Days -
                      60 Days -
                      90 Days -

| | | |
|---|---|---|
| TSI/926 | $132 | 05/20/2025 |

TransUnion

| | |
|---|---|
| Account Number | 2645**** |
| Condition | Derogatory |
| Responsibility | Individual |
| Current Balance | $132 |
| Original Balance | $132 |
| Limit | |
| Monthly Payment | |
| Last Payment | |
| Status | Collection / Charge-Off |
| Loan Term | |
| Loan Type | |
| Opened | 03/26/2025 |
| Reported | 05/20/2025 |
| Remarks | Placed for collection |
| Creditor Information | TRANSWORLD SYSTEMS PO BOX 15109 WILMINGTON,DE 19850 Phone#: 8778657686 |

## Payment Status

TransUnion

| | |
|---|---|
| Payment Status | |
| Past Due Amount | |
| Late Payments | 30 Days - <br> 60 Days - <br> 90 Days - |

## Other

| Account Name | Balance | Balance Date | Monthly Payment | Term |
|---|---|---|---|---|
| ˅ OAG CHILD SU | $50,696 | 05/18/2025 | $0 | 0 |

## Account Details

TransUnion®

| | |
|---|---|
| Account Number | 1426**** |
| Condition | Open |
| Responsibility | Individual |
| Current Balance | $50,696 |
| Original Balance | $0 |
| Limit | $0 |
| Monthly Payment | $0 |
| Last Payment | |
| Status | 120 days late |
| Loan Term | 0 |
| Loan Type | Child support |
| Opened | 08/21/2022 |
| Reported | 05/18/2025 |
| Remarks | Account information disputed by consumer, meets FCRA requirements |
| Creditor Information | OAG CHILD SUPPORT ENFORE PO BOX 12017 CREDIT GROUP AUSTIN,TX 78711 Phone#: 5124606682 |

## Payment Status

```
U.S. POSTAGE PAID
FCM LG ENV
SPANAWAY, WA 98387
JUN 03, 2025
$2.04
S2324M503726-68
```

Retail
RDC 99
98402

FILED _____ LODGED
_____ RECEIVED
JUN 05 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

FREDERICK O. SILVER
21905 MOUNTAIN HWY E
UNIT 4143
SPANAWAY WA 98387-7583

To:

U.S. District Court Clerk's Office
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200