UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>               Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS INC., *et al.*,<br><br>               Defendants. | Case No. C25-1024-KKE<br><br>ORDER |

       Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action (dkt. # 1) and a response to the Court's order to show cause why IFP should not be denied based on incomplete information. (Dkt. # 5.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

       The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Kymberly K. Evanson.

//

//

ORDER - 1

Dated this 9th day of June, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2