UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK SILVER,<br><br>                    Plaintiff,<br><br>    v.<br><br>TRANSWORLD SYSTEMS INC., et al.,<br><br>                    Defendants. | CASE NO. 2:25-cv-01024-JNW<br><br>ORDER ON PENDING MOTIONS |

This matter comes before the Court on Plaintiff Frederick Silver's Motion for Permission for Electronic Case Filing (Dkt. No. 11) and Motion for Court Order on Service of Process By U.S. Marshal (Dkt. No. 12.) Having reviewed both motions, the relevant record, and all other supporting materials, the Court DENIES the Motions as MOOT.

On June 9, 2025, Plaintiff moved the Court for "permission to participate in electronic case filing . . . in this case." (Dkt. No. 11 at 1.) The following day, Plaintiff completed and submitted the Western District of Washington's Pro Se Registration Form required to access the

court's Electronic Case Filing System, and is permitted to electronically file and receive electronic service in this case. (See Dkt. No. 14.) Because there is no additional relief for the Court to provide, the Court DENIES Plaintiff's Motion for Permission for Electronic Case Filing (Dkt. No. 11) as MOOT.

On June 9, 2025, Plaintiff also moved the Court for an order directing the U.S. Marshals to serve Defendant Transworld Systems Inc. with the summons and complaint. (Dkt. No. 12.) However, Plaintiff has since filed proof of service claiming to have served Transworld via USPS Certified Mail. (Dkt. Nos. 15–16.) Transworld has since appeared in the matter. (See Dkt. No. 17.) Because there is no additional relief for the Court to provide at this time, the Court DENIES Plaintiff's Motion for Court Order on Service of Process By U.S. Marshal (Dkt. No. 12) as MOOT.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 22, 2025.

Marsha J. Pechman
United States Senior District Judge