Frederick O. Silver
21905 Mountain Highway E., Unit 4143
Spanaway, WA 98387
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

FREDERICK O. SILVER,
Plaintiff,

v.

**Case No. 2:25-cv-01024-JNW**

TRANSWORLD SYSTEMS, INC., FRED EBRAHEMI, JOSEPH E. LAUGHLIN, MICHAEL M. PATRIARCA, and JOEL PETERSEN,

Defendants.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Frederick O. Silver and Defendants Transworld Systems, Inc., Fred Ebrahemi, Joseph E. Laughlin, Michael M. Patriarca, and Joel Petersen (collectively, the "Parties"), by and through their undersigned counsel and Plaintiff pro se, hereby stipulate and agree that the above-captioned action, including all claims and counterclaims asserted therein, is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs, except as otherwise provided in the Parties' Settlement Agreement and Release of Liability.

IT IS SO STIPULATED.

DATED this 10th day of August, 2026.

Respectfully submitted,

Frederick O. Silver
21905 Mountain Highway E., Unit 4143
Spanaway, WA 98387
Plaintiff, Pro Se

s/ Ryan W. Vollans
Ryan W. Vollans, WSBA # 45302
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4000
Seattle, WA 98101-2341
Telephone: 206-628-6600
Fax: 206-628-6611
Email: rvollans@williamskastner.com

s/ Aaron R. Easley
Aaron R. Easley, NJSBN No. 026151994
Pro Hac Vice Admission granted 10/30/2025
SESSIONS, ISRAEL & SHARTLE 3 Cross Creek Drive
Flemington, NJ 08822
Telephone: (908) 237-1660
Email: aeasley@sessions.legal

Attorneys for Defendants, Transworld Systems Inc.,
Fred Ebrahemi, Joseph E. Laughlin, Michael M.
Patriarca, and Joel Petersen

# ORDER

Pursuant to the Parties' stipulation, IT IS SO ORDERED. The above-captioned action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs, except as otherwise provided in the Parties' Settlement Agreement and Release of Liability.

DATED this 11th day of August, 2026.

HON. JAMAL N. WHITEHEAD
United States District Judge